**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                    **Telephone 212-349-0230**

**ECF**

August 1, 2022

The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

           Re:    <u>U.S. v. Omar Mogollon</u>
                   19 Cr. 837 (JPO)

Dear Judge Oetken:

      This letter is respectfully submitted to request that conference of this matter currently scheduled for August 3, 2022, be adjourned to August 12, 2022 at 11:30 a.m. I have been advised by Your Honor's Chambers that this would be a convenient date and time for the Court to hear us. The parties anticipate that Mr. Mogollon will enter a guilty plea pursuant to a plea agreement when we appear before Your Honor. This adjournment is being requested to give us sufficient time to prepare for the guilty plea.

      Assistant United States Attorney Cecilia Vogel has informed me that the Government consents to this request. On behalf of Mr. Mogollon, I consent to the exclusion of time under the Speedy Trial statute.

> Granted. The August 3, 2022 initial conference is adjourned to August 12, 2022, at 11:30 am. The Court hereby excludes time through August 12, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:
>     August 1, 2022

Respectfully submitted,

  /s/Andrew Patel
Andrew G. Patel

_____
J. PAUL OETKEN
United States District Judge