UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

OMAR MOGOLLON,

Defendant.

19 Cr. 837 (JPO)

**ORDER**

IT IS HEREBY ORDERED that:

On the motion of the Government, Counts One and Two of the indictment are dismissed.

Dated: September 30, 2022
New York, New York

SO ORDERED

Hon. J. Paul Oetken
United States District Judge